UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DEBORAH LAUFER,** *Plaintiff,* | § § § | |
| **v.** | § § | Case No. 1:20-cv-00620-JRN |
| **MANN HOSPITALITY, LLC** *Defendant.* | § § § | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF DEBORAH LAUFER'S ORIGINAL COMPLAINT

Before the Court is Defendant's Mann Hospitality, LLC's ("Defendant") Motion to Dismiss Plaintiff's Original Complaint. Having reviewed the motion, the Court finds that it should be and is hereby GRANTED. This case is dismissed with prejudice.

IT IS SO ORDERED.

Signed this the _____ day of _____, 2020.

_____
HONORABLE JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE